# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
**Judge Gordon P. Gallagher**

Date:              July 31, 2023
Deputy Clerk:     Donald Clement
Court Reporter:    Erin Valenti via VTC
Probation Officer:  Ryan Kinsella via VTC
                    Megan Dibsie in person

---

Criminal Case No. **1:22-cr-00164-GPG-1**        Counsel:

UNITED STATES OF AMERICA,           J.D. Rowell via VTC

      Plaintiff,

v.

JUNIOR ANTHONY HIGHLINE,        Marna Mel Lake

      Defendant.

---

## SENTENCING MINUTES

---

**10:01 a.m.**     **Court in session.**

Appearances of counsel. Defendant is present in custody.

The parties have reviewed the presentence reports and all addenda.

Also pending before the Court relevant to sentencing are the following:

- Restricted Presentence Report [D. 62], filed June 22, 2023
- Objection/Response to Presentence Report [D. 63], filed July 6, 2023
- Motion for Decrease for Acceptance of Responsibility [D. 64], filed July 17, 2023
- Restricted Document [D. 65], filed July 17, 2023
- Restricted Document [D. 66], filed July 17, 2023
- Motion for Leave to Restrict [D. 67], filed July 17, 2023
- Motion for Non-Guideline Sentence [D. 68], filed July 17, 2023
- Restricted Presentence Report [D. 69], filed July 18, 2023
- Restricted Addendum to Presentence Report [D. 70], filed July 18, 2023
- Restricted Second Addendum to Presentence Report [D. 71], filed July 19, 2023

- Restricted Document [D. 72], filed July 24, 2023
- Restricted Document [D. 73], filed July 24, 2023
- Motion for Leave to Restrict [D. 74], filed July 24, 2023
- Exhibits in Support [D. 75], filed July 27, 2023
- Exhibits in Support [D. 76], filed July 27, 2023

Court seals record. Court unseals record.

Statements by defense counsel, defendant, and government counsel.

Court's sentencing statement, findings of fact, conclusions of law, judgment of conviction, sentence, and orders.

**ORDERED:**   Motion for Decrease for Acceptance of Responsibility [D. 64], Restricted Document [D. 65], Motion for Leave to Restrict [D. 67], and Motion for Leave to Restrict [D. 74] are granted.

**ORDERED:**   Motion for Non-Guideline Sentence [D. 68] is denied.

**ORDERED:**   Judgment of conviction is entered on Count _1_ of the Indictment.

**ORDERED:**   Defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of _144_ months by way of departure. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of _3_ years.

**ORDERED:**   Within 72 hours of his release from imprisonment and the custody of the Bureau of Prisons, the defendant shall report in person to the probation department within the federal district to which s/he is released. While on supervised release, the defendant shall comply with the mandatory, standard, and special conditions of supervised release identified in the Sentencing Recommendation [D. 69-1].

**ORDERED:**   No fine is imposed.

**ORDERED:**   The defendant shall pay forthwith a special victim's fund assessment fee of $100 for each Count of conviction for a total of $100.

**ORDERED:**   Pursuant to the plea agreement of the parties and the defendant's admission to the forfeiture allegations, an order and judgment of forfeiture shall be entered requiring the defendant to forfeit to the United States all personal and real property derived from the proceeds of the offense(s).

**ORDERED:**   The mandatory drug testing provisions of 18 U.S.C. § 3583(d) are waived.

**ORDERED:**   Presentence confinement credit shall be determined by the Bureau of Prisons.

**ORDERED:**  The defendant is remanded to the custody of the United States Marshal for imposition and execution of this sentence. OR shall voluntarily surrender and transport himself/herself, at his/her own expense, to the institution designated eventually by the Bureau of Prisons.

**10:28 a.m.      Court in recess.**      Hearing concluded.
Total time in court: 00:27 Minutes